

# Fourth Court of Appeals
## San Antonio, Texas

February 5, 2020

No. 04-19-00495-CV

Josefina **LOPEZ**,
Appellant

v.

**GERMANIA FARM MUTUAL INSURANCE ASSOCIATION** and Christopher Yates,
Appellees

From the County Court at Law No. 2, Webb County, Texas
Trial Court No. 2017-CVH-002055-C3
Honorable Victor Villarreal, Judge Presiding

**ORDER**

Appellant's motion to dismiss is GRANTED. This appeal is DISMISSED. Costs of this appeal are assessed against appellant.

It is so **ORDERED** on February 5, 2020.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of February, 2020.

_____
Michael A. Cruz, Clerk of Court